IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

DAVID F. CIMPERMAN, JR. )   CASE NO.: 5:02CV1718
 )
      Plaintiff, )   JUDGE POLSTER
 )
VS. )
 )
 )   **STIPULATION FOR DISMISSAL**
 )   **WITH PREJUDICE AT PLAINTIFF'S**
CITY OF NEW PHILADELPHIA )   **COSTS**
 )
      Defendant. )

The within cause is settled and dismissed with prejudice at Plaintiff's costs. No record.

_____
DAVID F. CIMPERMAN, JR.
161 Parkview Lane
Wadsworth, Ohio 44281

*Pro Se* Plaintiff

_____
TODD M. RASKIN (0003625)
e-mail: traskin@mrrlaw.com
CARL E. CORMANY (00019004)
e-mail: ccormany@mrrlaw.com
100 Franklin's Row's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 facsimile

Attorneys for Defendant, City of New Philadelphia

OF COUNSEL:    Michael Johnson, Esq. (0011845)
Law Director, City of New Philadelphia
117 South Broadway
New Philadelphia, OH 44663

G:\2002\020039\Refiled pleadings\Stipulation for Dismissal 013003.DOC

1