IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAVID F. CIMPERMAN, JR. ) | CASE NO.: 5:02CV1718 |
| Plaintiff, ) | JUDGE POLSTER |
| vs. ) | |
| ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE AT PLAINTIFF'S COSTS** |
| CITY OF NEW PHILADELPHIA ) | |
| Defendant. ) | |

The within cause is settled and dismissed with prejudice at Plaintiff's costs. No record.

So Ordered. /s/Dan Aaron Polster 2/21/03.

DAVID F. CIMPERMAN, JR.
161 Parkview Lane
Wadsworth, Ohio 44281

*Pro Se* Plaintiff

TODD M. RASKIN (0003625)
e-mail: traskin@mrrlaw.com
CARL E. CORMANY (00019004)
e-mail: ccormany@mrrlaw.com
100 Franklin's Row's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 facsimile

Attorneys for Defendant, City of New Philadelphia

OF COUNSEL:

Michael Johnson, Esq. (0011845)
Law Director, City of New Philadelphia
117 South Broadway
New Philadelphia, OH 44663

G:\2002\020039\Refiled pleadings\Stipulation for Dismissal 013003.DOC

1